**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6157**

RICKY LAFAYETTE MURRAY,

Plaintiff - Appellant,

versus

JEFFREY D. YOUNGS, Official Capacity; J.
BENJAMIN APLIN; SYMMES W. CULBERTSON; FLETCHER
N. SMITH, JR.; DAWN V. KOFFS KEY; SUSAN M.
JOHNSTON, all defendants in their individual
capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.  David C. Norton, District Judge.
(9:06-cv-03137-DCN)

Submitted:  May 10, 2007          Decided:  May 15, 2007

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ricky Lafayette Murray, Appellant Pro Se. Tommy Evans, Jr., SOUTH
CAROLINA DEPARTMENT OF PROBATION, PAROLE & PARDON SERVICE,
Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lafayette Murray appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Murray v. Youngs</u>, No. 9:06-cv-03137-DCN (D.S.C. Jan. 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>